UNITED STATES of America, Appellant, v. NEZ PERCE COUNTY, Idaho, et al., Appellees.

No. 9048.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1939.

John A. Carver, U. S. Atty., and E. H. Casterlin and Frank Griffin, Asst. U. S. Attys., all of Boise, Idaho.

Ray E. Durham, of Lewiston, Idaho, for appellees.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

**PER CURIAM.**

Upon consideration of motion of appellant, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.